IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LARRY WOOLARD and ANNE WOOLARD, | ) ) ) | |
| Plaintiffs, | ) ) | 1:18CV410 |
| v. | ) ) | |
| CARRIER CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |

ORDER

This matter is before the Court on Defendant Siemens Corporation's Motion for Extension of Time to file an answer or other responsive pleading to Plaintiffs' Complaint. Plaintiffs consent to the request, and the Court finds good cause to allow the extension by consent.

IT IS THEREFORE ORDERED that the Motion [Doc. #36] is GRANTED and Defendant Siemens Corporation has until July 5, 2018 to file an answer or other responsive pleading to Plaintiff's Complaint.

This, the 15th day of June, 2018.

             /s/ Joi Elizabeth Peake
             United States Magistrate Judge