IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY WOOLARD and ANNE WOOLARD, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:18CV410 ) |
| CARRIER CORPORATION, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant Union Carbide Corporation. (ECF No. 72.) Plaintiffs, Larry Woolard and Anne Woolard, and Defendant, Union Carbide Corporation, jointly move for the entry of an order of dismissal of the claims against Defendant Union Carbide Corporation.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Union Carbide Corporation are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 20th day of December 2018.

/s/ Loretta C. Biggs
United States District Judge