IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY WOOLARD, et al | ) |
| Plaintiffs | ) |
| v. | ) 1:18CV410 |
| CARRIER CORPORATION, et al., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant Siemens Corporation. (ECF No. 113.) Plaintiffs, Larry Woolard and Anne Woolard, and Defendant, Siemens Corporation, jointly move for the entry of an order of dismissal of the claims against Defendant Siemens Corporation.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Siemens Corporation are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party shall bear its own costs.

This, the 2nd day of August, 2019.

/s/ Loretta C. Biggs
United States District Judge