IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY WOOLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18CV410 |
| ) | |
| CARRIER CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Defendant Honeywell International Inc. (ECF No. 115.) Plaintiffs, Larry Woolard and Anne Woolard, and Defendant, Honeywell International Inc., jointly move for the entry of an order of dismissal of the claims against Defendant Honeywell International Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Honeywell International Inc. are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 26th day of August 2019.

/s/ Loretta C. Biggs
United States District Judge