IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARRY WOOLARD and )
ANNE WOOLARD, )
 )
      Plaintiffs, )
 )
  v. ) 1:18CV410
 )
 )
CARRIER CORPORATION, et al., )
 )
      Defendants. )

**ORDER**

Although this Court previously entered a Memorandum Opinion and Order granting summary judgment in favor of Defendants Chicago Bridge & Iron Company ("CB&I"), Chicago Bridge & Iron Company (Delaware) ("CB&I (DE)"), Fisher Controls International LLC ("Fisher"), and Schneider Electric Systems USA, Inc., formerly known as Invensys Systems, Inc., and as The Foxboro Company ("Foxboro"), (ECF No.157), Plaintiffs and Defendants CB&I, CB&I (DE), Fisher, and Foxboro have filed a Stipulation, (ECF No. 161), whereby they have stipulated and agreed to the following:

    1.    That Plaintiffs are voluntarily dismissing with prejudice their claims against CB&I, CB&I (DE), Fisher, and Foxboro.

    2.    That Plaintiffs, CB&I, CB&I (DE), Fisher, and Foxboro will bear their own costs, and CB&I, CB&I (DE), Fisher, and Foxboro will not seek court costs in this action.

3. That Plaintiffs will not file any motions against CB&I, CB&I (DE), Fisher, and Foxboro in this action, and they will not appeal the Court's granting of summary judgment for those Defendants.

To effectuate the dismissal, Plaintiffs and CB&I, CB&I (DE), Fisher, and Foxboro have filed a motion, (ECF No. 162), for this Court to approve the Stipulation pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED that the Joint Motion of Plaintiffs and Defendants CB&I, CB&I (DE), Fisher, and Foxboro to Dismiss is GRANTED, that the above-referenced Stipulation is APPROVED, including that the parties are to bear their own costs, and that Plaintiffs' claims against CB&I, CB&I (DE), Fisher, and Foxboro are DISMISSED WITH PREJUDICE as a result of the Stipulation. The Court Memorandum Opinion and Order dated May 21, 2020, (ECF No. 157), remains in full force and effect.

This, the 24th day of July 2020.

/s/ Loretta C. Biggs
United States District Judge