IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY WOOLARD, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CARRIER CORPORATION, et al., )<br>)<br>Defendants. ) | 1:18CV410 |

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss. (ECF No. 168.) Plaintiffs, Larry Woolard and Anne Woolard, and Defendant, Compudyne LLC, jointly move for the entry of an order of dismissal of the claims against Defendant, Compudyne LLC.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant, Compudyne LLC are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 19th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge