IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LARRY WOOLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:18CV410 |
| ) | |
| CARRIER CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss. (ECF No. 166.) Plaintiffs, Larry Woolard and Anne Woolard, and Defendant, Atwood & Morrill, improperly named as Weir Valves & Controls USA, Inc. f/k/a Atwood & Morrill, jointly move for the entry of an order of dismissal of the claims against Defendant, Atwood & Morrill.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant, Atwood & Morrill are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 19th day of August 2020.

/s/ Loretta C. Biggs
United States District Judge